No. 95–5704. GUESS *v.* MONTGOMERY, ATTORNEY GENERAL OF OHIO. C. A. 6th Cir. Motions of petitioner for leave to proceed *in forma pauperis* denied. See this Court's Rule 39.8. Petitioner is allowed until November 6, 1995, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 95–5984. IN RE FRANKLIN;
No. 95–6038. IN RE ULLRICH;
No. 95–6039. IN RE WALKER;
No. 95–6040. IN RE WOHLGEMUTH;
No. 95–6046. IN RE JEROLD;
No. 95–6047. IN RE KIRK;
No. 95–6048. IN RE LAND;
No. 95–6052. IN RE RENDERMAN;
No. 95–6053. IN RE SANDLIN;
No. 95–6054. IN RE SEAMAN;
No. 95–6055. IN RE PARKER;
No. 95–6056. IN RE PAYNE;
No. 95–6057. IN RE SIERRA;
No. 95–6060. IN RE GOLINI;
No. 95–6061. IN RE GAUTHIER;
No. 95–6062. IN RE GARRETT;
No. 95–6063. IN RE HARPSTER;
No. 95–6064. IN RE DIVINE;
No. 95–6065. IN RE DUTCHER; and
No. 95–6074. IN RE KENNEDY. Petitions for writs of habeas corpus denied.

No. 95–5683. IN RE ESLINGER; and
No. 95–5963. IN RE SAKA. Petitions for writs of mandamus denied.

No. 95–5654. IN RE SWEETING; and
No. 95–5675. IN RE HEMMERLE. Petitions for writs of prohibition denied.

No. 95–244. QUACKENBUSH, CALIFORNIA INSURANCE COMMISSIONER *v.* ALLSTATE INSURANCE CO. C. A. 9th Cir. Certiorari granted.